UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
H.C. SCHMIEDING PRODUCE CO., INC.,
WM ROSENSTEIN & SONS CO., M&M
FARMS EAST COAST, INC., E.W. KEAN
CO., INC., EAGLE FRUIT TRADERS, LLC,
PINTO BROS., INC. and WICK & BROS.,
INC.,

                Plaintiffs,

DEL MONTE FRESH PRODUCE N.A., INC.,
and AMCO PRODUCE, INC.,

                Intervenor-Plaintiffs,

    -against-

ALFA QUALITY PRODUCE, INC., ALFA
QALITY, INC., A&F PRODUCE, INC.,
MOUIZ KHALIFEH, WONDER FRUIT INC.
and ANTHONY FRAGGETTA,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
08-CV- 0367 (BMC)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 3 1 2009 ★

**BROOKLYN OFFICE**

        A Memorandum and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on July 23, 2009, denying Amco's motion for reconsideration; ordering that intervenor-plaintiff Del Monte has submitted evidence that it is owed $18,213.00 in principal and $2,266.32 in prejudgment interest covering the period up to July 7, 2008 (plus additional daily interest from July 7, 2008 in the amount of $8.98 per day); ordering that intervenor-plaintiff Amco has submitted evidence showing that it is owed $15,372.00 in principal and $5,604.15 in prejudgment interest covering the period through May 11, 2009 (plus additional daily interest from May 12, 2009 in the amount of $7.58 per day); finding that plaintiffs and intervenor-plaintiffs are entitled to judgment against the remaining defendants, jointly and severally, in the following amounts as listed:

JUDGMENT
08-CV- 0367 (BMC)

| Plaintiff | Principal | Accrued Interest (through May 11, 2009) | Additional Daily Interest (from May 12, 2009) |
|---|---|---|---|
| Schmieding | $11,970.00 | $3,759.02 | $5.90 |
| Rosenstein | $124,208.25 | $35,942.26 | $61.25 |
| M&M | $14,124.75 | $3,260.38 | $6.97 |
| Kean | $13,135.50 | $5,032.14 | $6.48 |
| Eagle Fruit | $66,332.30 | $16,012.40 | $32.71 |
| Pinto | $28,337.50 | $8,106.62 | $13.97 |
| Wick | $16,459.50 | $4,955.58 | $8.12 |

and directing the Clerk of Court to enter judgment in favor of plaintiffs and intervenor-plaintiff in accordance with the Court's Memorandum and Order; it is

ORDERED and ADJUDGED that Amco's Produce, Inc. motion for reconsideration is denied; that it is further,

ORDERED and ADJUDGED that judgment is hereby entered in favor of plaintiffs, H.C. Schmieding Produce Co., Inc., Wm Rosenstein & Sons Co., M&M Farms East Coast, Inc., E.W. Kean Co., Inc., Eagle Fruit Traders, LLC, Pinto Bros, Inc., and Wick & Bros., Inc., and against the remaining defendants, Alfa Quality Produce, Inc., Alfa Quality, Inc., A&F Produce, Inc., Mouiz Khalifeh, Wonder Fruit Inc. and Anthony Fraggetta, jointly and severally, in the amounts listed in the table above; and that it is further,

ORDERED and ADJUDGED that judgment is hereby entered in favor of intervenor-plaintiff, Del Monte in the amount of $18,213.00 in principal and $2,266.32 in pre-judgment interest covering the period up to July 7, 2008 (plus additional daily interest from July 7, 2008 in the amount of $8.98 per day) and against the remaining defendants, Alfa Quality Produce, Inc., Alfa Quality, Inc., A&F Produce, Inc., Mouiz Khalifeh, Wonder Fruit Inc. and Anthony Fraggetta, jointly and severally, in the amounts listed in the table above; and that it is further,

JUDGMENT
08-CV- 0367 (BMC)

ORDERED and ADJUDGED that judgment is hereby entered in favor of intervenor-plaintiff, Amco Produce, Inc., in the amount of $15,372.00 in principal and $5,604.15 in prejudgment interest covering the period through May 11, 2009 (plus additional daily interest from May 12, 2009 in the amount of $7.58 per day) and against the remaining defendants, Alfa Quality Produce, Inc., Alfa Quality, Inc., A&F Produce, Inc., Mouiz Khalifeh, Wonder Fruit Inc. and Anthony Fraggetta, jointly and severally, in the amounts listed in the table above.

Dated: Brooklyn, New York
July 31, 2009

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court